.THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
INTERNATIONAL NICKEL COMPANY, Respondent.

*People* v. *International Nickel Co.*, 168 App. Div. 245, affirmed.
(Argued April 18, 1916; decided May 2, 1916.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered June 7, 1915, which affirmed a judgment of the
Richmond County Court sustaining a demurrer to an
indictment charging defendant with maintaining an
industrial plant in the state of New Jersey but adjacent
to the county of Richmond from the chimnies of which
smoke and noxious gases were permitted to escape which
were blown " in and about the county of Richmond in
the state of New York, thus permeating, befouling,
beclouding, contaminating and infecting the air * * *
whereby the comfort, repose, health and safety of a con-
siderable number of persons in the county of Richmond,
in the state of New York, were and still are unlawfully
annoyed, endangered and injured; and the said consid-
erable number of persons were and are thereby rendered
insecure in life and the use of their property in violation
of section 1530 of the Penal Law of the state of New
York, and against the peace of the People of the state of
New York and their dignity." Defendant demurred on
the ground " that it appears on the face of the indict-
ment that the grand jury, by which it was found, had
no legal authority to inquire into the crime charged by
reason of its not being within the local jurisdiction of
the county."

*Albert C. Fach, District Attorney (Frank H. Innes*
of counsel), for appellant.

*Alfred Jaretzki, Francis D. Pollak* and *John Foster
Dulles* for respondent.

Judgment affirmed, on opinion of PUTNAM, J., below.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.